# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIA GARCIA<br><br>　　　　　　　　　　　　PLAINTIFF,<br>　v.<br><br>ANDREW SAUL<br><br>　　　　　　　　　　　　DEFENDANT. | CASE NUMBER<br>20cv0641-RBB<br><br>**ORDER RE REQUEST TO PROCEED**<br>*IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

4/3/2020　　　　　　　　　　　　　　　　　　　　　*[signature]*
Date　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency　　　　☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous　　☐ Immunity as to _____
☐ Other: _____

Comments:

_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
　　☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
　　☐ This case is hereby DISMISSED immediately.
　　☐ This case is hereby REMANDED to state court.

_____　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　United States District Judge

**ORDER RE REQUEST TO PROCEED** *IN FORMA PAUPERIS*